UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUMBERMENS MUTUAL CASUALTY
COMPANY,

    Plaintiff,

v.                                          CASE NO. 8:07-mc-26-T-23MAP

MOTORCYCLE SERVICES, L.L.C. and
MICHAEL MANDELL,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's motion to compel compliance with subpoena (doc. 3) and Affidavit of Robert A Soriano (doc. 5). Plaintiff secured a judgment against the Defendants whereby Defendants agreed to pay Plaintiff a total of $360,000 by way of sixty-three installment payments. Plaintiff alleges Defendants made the first seven installment payments, but failed to timely pay the eight installment payment and every installment payment thereafter. Having registered the judgment with this Court, Plaintiff seeks to conduct discovery in aid of execution by way of serving a subpoena for information on Defendant Mandell. *See* Fed.R.Civ.P. 69(a). Plaintiff asserts in its motion that it served Mandell with a subpoena for information on May 8, 2997 at 3:35 p.m., and attached a return of service as an exhibit to its motion evidencing such service. *See* doc. 3-2, p. 23. Mandell, however, failed to comply with the subpoena, and Plaintiff filed the instant motion to compel compliance. Mandell has not responded to the motion within the time provided by Local Rule 3.01(b). Non-party Robert A. Soriano, counsel for Defendants in connection with a proposed composition agreement among their creditors, filed an affidavit for the sole purpose of disputing some of the facts raised in Plaintiff's motion and states therein that he "did not

acknowledge Mr. Mandell's receipt of the subpoena . . . ." After consideration, it is hereby

ORDERED:

1. the Plaintiff's motion to compel compliance with subpoena (doc. 3) is GRANTED. Mandell is directed to comply with the subpoena within ten (10) days of this Order. To the extent that Plaintiff's motion seeks costs and expenses the motion is DENIED.

DONE and ORDERED at Tampa, Florida on August 3, 2007.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE